### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| **JAMES LEE WOOD,** | ) |
| **Plaintiff,** | ) |
| v. | )     2:16-cv-00600-JDL |
| **YORK COUNTY DEPARTMENT OF CORRECTIONS, et al.,** | ) |
| **Defendant.** | ) |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 10) with the court on February 10, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The Report and Recommendation was returned to the Clerk as undeliverable on February 27, 2017 (ECF No. 12), and, on the same day, the Clerk received the Plaintiff's notice of change of address. ECF No. 11. The Report and Recommendation was sent to the Plaintiff's new address and the time within which to file objections was reset. The new time within which to file objections expired March 20, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. The Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

**SO ORDERED.**

Dated this 29th day of March 2017.

                                                                                                                   /s/ Jon D. Levy
                                                                                                                 U.S. DISTRICT JUDGE